UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT EDWARD MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A. et al,<br><br>    Defendant. | No.  2:21-cv-00061-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION** |

    Defendants Caliber Home Loans, INC. and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust brought a Motion to Expunge the Notice of Pendency of Action or Require a Bond.  Mot. to Expunge, ECF No. 12.  Plaintiff opposed.  Opp'n, ECF No. 16.  Defendants replied.  Reply, ECF No. 16.  For the reasons explained in this Court's Order granting in part Defendants Motion to Dismiss, Plaintiff has not pled a real property claim.  Accordingly, Defendants' Motion is GRANTED pursuant to California Code of Civil Procedure § 405.31.

    IT IS HEREBY ORDERED that:

  1.    The Notice of Pendency of Action recorded by Plaintiff Herbert Edward Miller ("Plaintiff") in the Placer County Recorder's office on January 15, 2021, as document number

1

2021-0005989 pertaining to the real property located at 305 Hilton Drive, Applegate, California 95703 is expunged.

2. Defendants are entitled to their reasonable attorney's fees and costs in making this motion. See Cal. Cod. Civ. Proc. § 405.38. If the parties cannot agree on an amount Defendant may submit a motion for attorneys' fees in accordance with Local Rule 293.

IT IS SO ORDERED.

Dated: June 9, 2021

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE