Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              joeaddiego@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT EDWARD MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No. 21-cv-00061-JAM-KJN<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF JPMORGAN CHASE BANK, N.A.** |

    Presently before the Court is a Stipulation between Plaintiff Herbert Edward Miller and Defendant JPMorgan Chase Bank, N.A. ("Chase"). Good cause appearing, the Court GRANTS the Stipulation, as follows:

    1.    Chase is included in the scope of the Court's order (Dkt. 28) on Defendants Caliber Home Loans, Inc. ("Caliber") and US Bank Trust, N.A.'s, as Trustee for LSF9 Master Participation Trust ("Trust"), motion to dismiss, such that the Complaint is dismissed as to Chase, with prejudice, on the basis of res judicata. Chase does not waive any other dismissal arguments set forth in its motion to dismiss (Dkt. 25).

2. Judgment is hereby entered in favor of Chase, and against Plaintiff.

3. Chase is included in the scope of the Court's order (Dkt. 29) on Caliber and the Trust's vexatious litigant motion, on the following terms: "Plaintiff shall not file any additional pleadings, motions, or other materials against JPMorgan Chase Bank, N.A., Caliber Home Loans, Inc. or U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust concerning the real property commonly known as 305 Hilton Drive, Applegate, California 95703 before the United States District Court or Superior Court of California, until all such complaints have been subjected to pre-filing review by a Judge of this Court."

4. Chase waives any claim for attorney fees arising out of its request for a vexatious litigant determination, with respect to fees incurred in this case up through, and including, the Court's dismissal of Chase pursuant to the Stipulation. This waiver shall not affect any attorney fee recovery to which Chase may be entitled in connection with appeal of this action at the United States Court of Appeals for the Ninth Circuit, or in connection with any proceedings at the United States District Court for the Eastern District of California following remand after any such appeal. Plaintiff does not waive any right to appeal to the United States Court of Appeals for the Ninth Circuit.

5. The June 22, 2021 hearing on Chase's motion to dismiss is VACATED as moot.

SO ORDERED.

DATED: June 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE